ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MANISH KUMAR,

Plaintiff,

v.

JOSEPH B. EDLOW, et al.,

Defendants.

CASE NO. 1:26-CV-04714-KES-EGC

STIPULATION AND ORDER FOR EXTENSION OF THE DEADLINE FOR DEFENDANTS' RESPONSE

Doc. 7

For the following reasons, Defendants respectfully request a 90-day extension of time for Defendants to file their answer or alternate responsive pleading and Plaintiff stipulates to this request.

The current action alleges that Defendant U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudication of Plaintiff's I-485 Application ("Application"). Since the filing of the Complaint, Defendant USCIS scheduled and conducted Plaintiff's interview on August 12, 2026. Following the interview, on August 27, 2026, the agency issued a Request for Evidence (RFE). This RFE seeks additional evidence necessary for the continued adjudication of the subject Application. The RFE gives Plaintiff until September 28th to provide the requested evidence. Given this status, the parties jointly stipulate a 90-day extension to including November 26, 2026, to allow time for the adjudicatory process to proceed. The parties further request that all other filing deadlines be similarly extended.

///

Based on the foregoing stipulation, the deadline for Defendants to file their answer or alternate responsive pleading to the Complaint is November 26, 2026. All other deadlines and proceedings are similarly extended.

Dated: August 28, 2026

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney

Dated: August 28, 2026

*/s/ Yacob Talha Sevinc (as authorized on August 25, 2026)*
YACOB TALHA SEVINC
Counsel for Plaintiff

ORDER

The Court is in receipt of the parties' Stipulation to Extend Time for Defendants to Respond to Plaintiff's complaint. (Doc. 7). Pursuant to the parties' stipulation, and for good cause shown, the time for Defendants Joseph Edlow and Terri Robinson to respond to Plaintiff's complaint, (Doc. 1), is EXTENDED. Defendants SHALL file their response by no later than November 26, 2026.

IT IS SO ORDERED.

Dated: **September 2, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE